```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NEBARI HOLDINGS, LLC,                                             :
                                                                  :
                          Plaintiff,                              :
                                                                  :   19-cv-11923 (LL)
        -v-                                                       :
                                                                  :       ORDER
TAGIUK GOLD, LLC and ANDREW LEE,                                  :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the Initial Pretrial Conference previously scheduled for February 25, 2020 at 10:30 a.m. is ADJOURNED pending further order from the Court.

SO ORDERED.

Dated: February 6, 2020
       New York, New York                    _____
                                              LEWIS J. LIMAN
                                              United States District Judge