UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/4/2020__

-----------------------------------------------------------------------X
:
NEBARI HOLDINGS, LLC,                                   :
:
                        Plaintiff,                      :
:                      19-cv-11923 (LJL)
            -v-                                         :
:                      ORDER
TAGIUK GOLD, LLC and ANDREW LEE,                        :
:
                        Defendants.                    :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Complaint in this matter was filed on December 30, 2019.  Plaintiff invokes diversity
jurisdiction pursuant to 28 U.S.C. § 1332.  Those allegations, however, appear to be deficient as
Plaintiff fails to allege the citizenship of the two limited liability companies on either side of this
case. *See, e.g.*, *Platinum-Montaur Life Scis., LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d
613, 615 (2d Cir. 2019); *Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52
(2d Cir. 2000).

        In order to determine whether there is complete diversity of citizenship, the Court will
permit a limited interrogatory to identify the members of the defendant LLC and their citizenship
to be served on or before March 18, 2020.

        Plaintiff has leave to file an amended complaint by May 18, 2020.  In the absence of an
amended pleading properly alleging a basis for subject matter jurisdiction, the case will be
dismissed.

        The deadline for any Defendant to answer or move to dismiss is ADJOURNED pending
further order from the Court.

        SO ORDERED.

Dated: March 4, 2020                        _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge