UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/4/2020__

---------------------------------------------------------------------X
    :
NEBARI HOLDINGS, LLC,     :
    :
        Plaintiff,     :
    :        19-cv-11923 (LJL)
    -v-     :
    :        ORDER
TAGIUK GOLD, LLC and ANDREW LEE,     :
    :
        Defendants.     :
    :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has received Defendants' letter dated February 24, 2020 (Dkt. No. 17). "[A] limited liability company . . . may appear in federal court only through a licensed attorney." *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007).

    Plaintiff is invited to submit a letter, no later than March 18, 2020 and not to exceed two pages in length, expressing any views about how the Court should address the circumstances explained in Defendants' letter. Such letter shall be electronically filed.

    SO ORDERED.

Dated: March 4, 2020
     New York, New York                LEWIS J. LIMAN
                                  United States District Judge