UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NEBARI HOLDINGS, LLC,                                             :
                                                                  :
                        Plaintiff,                                :
                                                                  :    19-cv-11923 (LJL)
        -v-                                                       :
                                                                  :    ORDER
TAGIUK GOLD, LLC and ANDREW LEE,                                  :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Court is in receipt of Plaintiff's letter (Dkt. No. 20).

   IT IS HEREBY ORDERED that Defendant Tagiuk Gold, LLC shall retain counsel no later than May 20, 2020.

   IT IS FURTHER ORDERED that the previously-set deadline for Plaintiff to file an amended pleading (*see* Dkt. No. 18) is ADOURNED to July 6, 2020.

   SO ORDERED.

Dated: March 19, 2020
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge